Submitted November 13, 1967. *Daniel T. Zamos* and *Anthony C. Troiano,* Assistant Defenders, and *George H. Ross,* Defender, for appellant; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Pent, Appellant.

Submitted November 13, 1967. *Frederick J. Pent,* appellant, in propria persona; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Sapp, Appellant.

Submitted November 13, 1967. *Steve Sapp,* appellant, in propria persona; *Gilfert M. Mihalich* and *Henry A. Martin,* Assistant District Attorneys, and *Joseph M. Loughran,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Thomas, Appellant.